JULES ZACHER, ESQ.
Pennsylvania Bar No. 20574
JULES ZACHER, PC
1601 Walnut Street, Suite 707
Philadelphia, PA 19102
Tel: (215)-988-0160
Fax: (215)-988-0169
Admitted *Pro Hac Vice*

CHRISTINA M. SONSIRE, ESQ.
Ziff Law Firm, LLP
303 William Street
Elmira, NY 14902-1338
Tel: (607-733-8866
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gary Blue and Karen Blue, husband and wife )<br><br>Plaintiffs, )<br><br>vs. )<br><br>1228 Western Ave, LLC, )<br>Super Host Hotels, Inc., and )<br>Best Western International, Inc., )<br><br>Defendants, ) | Case No. 1:13-cv-01553-LEK-TWD |

### STIPULATION TO VOLUNTARILY DISMISS THE INSTANT ACTION

IT IS HEREBY STIPULATED by and between Plaintiffs Gary Blue and Karen Blue, by and throught their counsel of record Jules Zacher, Esq.; and Defendants 1228 Western Ave, LLC and Super Host Hotels, Inc., by and through their counsel Maria D. Ascenzo, and Best Western International, Inc., by and through its counsel, Thomas J. Mortati, that the instant action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| DATED this 23 day of April, 2014 | DATED this ____ day of April, 2014 |
| /s/ _____<br>JULES ZACHER, ESQ.<br>JULES ZACHER, PC<br>1601 Walnut Street, Suite 707<br>Philadelphia, PA 19102<br>215-988-0160<br>215-988-0169, *Facsimile*<br>ZacherLaw@gmail.com<br>Admitted *Pro Hac Vice* | /s/ Maria D. Ascenzo<br>MARIA D. ASCENZO, ESQ.<br>O'CONNOR O'CONNOR BRESEE & FIRST, PC<br>20 Corporate Woods Boulevard<br>Albany, NY 12211<br>518-465-0400<br>518-465-0015, *Facsimile*<br>ascenzo@oobf.com<br>*Attorney for Defendants, 1228 Western Ave, LLC and Super Host Hotels, Inc.* |
| /s/ *Christina M. Sonsire*<br>CHRISTINA M. SONSIRE, ESQ.<br>Ziff Law Firm, LLP<br>303 William Street<br>Elmira, NY 14902-1338<br>607-733-8866<br>cbruner@zifflaw.com<br>*Attorney for Plaintiffs* | /s/ *Thomas J. Mortati*<br>THOMAS J. MORTATI, ESQ.<br>BURKE SCOLAMIERO MORTATI & HURD, LLP<br>7 Washington Square<br>Albany, NY 12212-5085<br>518-862-1386<br>518-862-1393, *Facsimile*<br>tom@bsmhlawfirm.com<br>*Attorney for Defendant, Best Western International, Inc.* |

IT IS SO ORDERED:

_____
Lawrence E. Kahn
U.S. District Judge
Dated: April 24, 2014
Albany, NY